UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| B.S.Z., et al., | Case No. 5:26-cv-00701-AH-PD |
|---|---|
| Petitioners, | |
| v. | **ORDER RELEASING PETITIONER A.M.C.R. TO HIS BIOLOGICAL FATHER** |
| ANA BABUDAR, et al., | |
| Respondents. | |

This Order pertains to Petitioner A.M.C.R., a three-year-old child who has been in the custody of the Office of Refugee Resettlement ("ORR") since July 15, 2025.  Dkt. No. 1, Petition ¶ 36.  He is scheduled for surgery on May 13, 2026.  Dkt. No. 42, Respondents' Further Status Report ¶ 9.

On May 12, 2026, the assigned Magistrate Judge held a status conference and conferred with the parties on A.M.C.R.'s planned surgery and release to his biological father.  Neither party objected to A.M.C.R.'s release to his biological father after the surgery and each party waived the objection period for Report and Recommendations.

Accordingly, the Court ORDERS as follows:

A.M.C.R. is to be released to his biological father on May 14, 2026, or shortly thereafter, taking into account A.M.C.R.'s medical condition and the logistics of his release from ORR to his biological father.

IT IS SO ORDERED.


DATED:  MAY 13, 2026

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE


Presented by:

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

2